# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAP AMERICA, INC., <br><br> Plaintiff, <br><br> v. <br><br> VALTRUS INNOVATIONS LIMITED, KEY PATENT INNOVATIONS LIMITED, and PATENT PLATFORM SERVICES, LLC, <br><br> Defendants. | Civil Action No. |

## MOTION FOR LEAVE TO FILE COMPLAINT UNDER SEAL

Plaintiff SAP America, Inc. ("SAP" or "Plaintiff"), by and through its undersigned attorneys, hereby moves for leave to file under seal its Complaint against Defendants Valtrus Innovations Limited, Key Patent Innovations Limited, and Patent Platform Services, LLC (collectively, "Defendants") and, in support thereof, states as follows:

1. Plaintiff's Complaint asserts claims against Defendants arising from their conduct during license negotiations relating to various patents in which they violated the Delaware Consumer Fraud Act and for declaratory judgment of non-infringement for U.S. Patent Nos. 8,166,173; 7,672,929; 6,889,244; 7,251,588; 6,850,866; 9,229,984; 6,823,409; 7,152,182; 7,313,575; 6,691,139; 7,936,738; and 6,871,264 (collectively, the "Patents-in-Suit").

2. A substantial amount of information cited and relied upon in the Complaint consists of the terms of Defendants' agreements and confidential investment and commercially sensitive business/financial information relating to Defendants' agreements, in which such information is

specifically designated "Confidential Information"[1] not to be disclosed publicly. To the best of Plaintiff's knowledge, none of this information is publicly available.

3. Accordingly, because of the confidential nature of the information contained in the Complaint, Plaintiff respectfully submits that good cause exists to file the Complaint under seal.

4. Additionally, should the Court grant Plaintiff's motion for leave to file the Complaint under seal, pursuant to the Court's procedures for filing documents under seal, Plaintiff shall file a redacted public version of the Complaint within seven (7) days of docketing of the Sealed Complaint.

WHEREFORE, Plaintiff respectfully requests that the Court grant this Motion for Leave to File the Complaint Under Seal.

*[SIGNATURE PAGE FOLLOWS.]*

---

[1] Such "Confidential Information" includes, for example, confidential ownership- and funding-arrangement terms of Defendants' agreements as well as other commercially sensitive, non-public business arrangements or prospects.

Dated: June 26, 2024

**OF COUNSEL:**

Aleksander J. Goranin (*pro hac* forthcoming)
**DUANE MORRIS LLP**
30 South 17th Street
Philadelphia, PA  19103-4196
Telephone:  (215) 979-1000
agoranin@duanemorris.com

Thomas M. Melsheimer (*pro hac* forthcoming)
Michael A. Bittner (*pro hac* forthcoming)
Brett Johnson (*pro hac* forthcoming)
Patrick Clark (*pro hac* forthcoming)
**WINSTON & STRAWN, LLP**
2121 N. Pearl Street, Suite 900
Dallas, TX  75201
Telephone: (214) 453-6500
tmelsheimer@winston.com
mbittner@winston.com
mbjohnson@winston.com
pclark@winston.com

Respectfully submitted,

*/s/ Monté T. Squire*
Monté T. Squire (No. 4764)
**DUANE MORRIS LLP**
1201 N. Market Street, Suite 501
Wilmington, DE  19801
Telephone:  (302) 657-4900
mtsquire@duanemorris.com

*Counsel for SAP America, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAP AMERICA, INC., <br><br> Plaintiff, <br><br> v. <br><br> VALTRUS INNOVATIONS LIMITED, KEY PATENT INNOVATIONS LIMITED, and PATENT PLATFORM SERVICES, LLC, <br><br> Defendants. | Civil Action No. |

**[PROPOSED] ORDER**

AND NOW, this _____ day of _____, 2024, the Court having considered Plaintiff's Motion for Leave to File Complaint Under Seal (the "Motion") and determined that good cause exists for the requested relief,

IT IS HEREBY ORDERED that the Motion is GRANTED.

IT IS HEREBY FURTHER ORDERED that Plaintiff shall file a redacted, public version of the Complaint within seven (7) days of the Court's docketing of the Sealed Complaint.

_____
United States District Court Judge