

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
LOS ANGELES
BOSTON
HOUSTON
DALLAS
AUSTIN
HANOI
HO CHI MINH CITY

FIRM and AFFILIATE OFFICES

MONTÉ T. SQUIRE
DIRECT DIAL: +1 302 657 4918
PERSONAL FAX: +1 302 397 2063
E-MAIL: MTSquire@duanemorris.com

www.duanemorris.com

SHANGHAI
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR

ALLIANCES IN MEXICO
AND SRI LANKA

June 28, 2024

**VIA CM-ECF AND HAND DELIVERY**

The Honorable Gregory B. Williams
J. Caleb Boggs Federal Building
844 N. King Street
Unit 26, Room 6124
Wilmington, DE 19801-3555

Randall C. Lohan, Clerk of Court
J. Caleb Boggs Federal Building
844 N. King Street
Unit 18
Wilmington, DE 19801

RE:   *SAP America, Inc. v. Valtrus Innovations Ltd., et al.* (C.A. No. 1:24-cv-00756-UNA)
      *SAP America, Inc. v. Valtrus Innovations Ltd., et al.* (C.A. No. 1:24-cv-00054-GBW)

Dear Judge Williams and Ms. Lohan:

We are counsel for Plaintiff SAP America, Inc. ("SAP") in the above-referenced cases. We write in response to the June 27 letter submitted by Defendants' counsel and docketed as D.I. 38 in the now-dismissed 1:24-cv-00054 action.

Neglecting in the civil cover sheet to mark the newly-filed 1:24-cv-00756 action as related to the 1:24-cv-00054 action was an inadvertent oversight on our part. We apologize and join in Defendants' request to mark the actions as related.

With respect to the other implications raised in Defendants' letter, we are available at the Court's convenience to explain the reason why SAP dismissed the old 1:24-cv-00054 action and filed the new 1:24-cv-00756 action, and how those steps relate to the motion to dismiss that SAP also filed yesterday in the parallel Eastern District of Texas case referenced in Defendants' letter,

DUANE MORRIS LLP
1201 NORTH MARKET STREET, SUITE 501   WILMINGTON, DE 19801-1160   PHONE: +1 302 657 4900   FAX: +1 302 657 4901

DuaneMorris

The Honorable Gregory B. Williams
Randall C. Lohan, Clerk of Court
June 28, 2024
Page 2

D.I. 51 in *Valtrus Innovations Ltd. v. SAP America, Inc. et al.*, C.A. 2:24-cv-00021-JRG (E.D. Tex.).

                                            Respectfully submitted,

                                            *Monté T. Squire*

                                            Monté T. Squire (No. 4764)

cc: Counsel of Record (Via CM-ECF)