IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SAP America, Inc. | § § § § | |
| Plaintiff, | § § | |
| v. | § § § | CIVIL ACTION NO. 24-cv-756-GBW |
| | § § | JURY TRIAL DEMANDED |
| Valtrus Innovations Ltd., Key Patent Innovations, Ltd., and Patent Platform Services, LLC, | § § § § § § § | |
| Defendants. | § | |

**DEFENDANTS' MOTION TO DISMISS
FOR LACK OF SUBJECT-MATTER JURISDICTION, UNDER THE FIRST-TO-FILE
RULE, PERSONAL JURISDICTION, AND FOR FAILURE TO STATE A CLAIM**

Pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(2), and 12(b)(6), Defendants Valtrus Innovations Ltd., Key Patent Innovations Ltd., and Patent Platform Services, LLC, respectfully move the Court for an Order dismissing Plaintiff's Complaint (D.I. 2) with prejudice for lack of subject-matter jurisdiction as to the declaratory judgment counts, under the first-to-file rule (as to all counts), lack of personal jurisdiction (as to all counts against Valtrus and Key Patent), and for failure to state a claim upon which relief can be granted (as to the state law claims against all defendants). The grounds for this motion are set forth in Defendants' contemporaneously filed Opening Brief in Support of Their Motion to Dismiss for Lack of Subject-Matter Jurisdiction, Under the First-to-File Rule, Lack of Personal Jurisdiction, and for Failure to State a Claim.

1

| | |
|---|---|
| Dated: August 28, 2024 | Respectfully submitted, |
| Of Counsel: | FARNAN LLP |
| Matthew G. Berkowitz - LEAD ATTORNEY<br>Patrick Colsher<br>Navid C. Bayar<br>Reichman Jorgensen Lehman & Feldberg LLP<br>100 Marine Parkway, Suite 300<br>Redwood Shores, California 94065<br>Telephone: (650) 623-1401<br>mberkowitz@reichmanjorgensen.com<br>pcolsher@reichmanjorgensen.com<br>nbayar@reichmanjorgensen.com | /s/ Brian E. Farnan<br>Brian E. Farnan (Bar No. 4089)<br>Michael J. Farnan (Bar No. 5165)<br>919 N. Market St., 12th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 777-0300<br>Facsimile: (302) 777-0301<br>bfarnan@farnanlaw.com<br>mfarnan@farnanlaw.com |
| Khue V. Hoang<br>Reichman Jorgensen Lehman & Feldberg LLP<br>400 Madison Avenue, Suite 14D<br>New York, NY 10017<br>Tel: (212) 381-1965<br>khoang@reichmanjorgensen.com | |
| | *Attorneys for Defendants* |