**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **SAP America, Inc.** § | |
| Plaintiff, § | |
| v. § | **CIVIL ACTION NO. 24-cv-756-GBW** |
| §  | |
| **Valtrus Innovations Ltd., Key Patent** § | **JURY TRIAL DEMANDED** |
| **Innovations Ltd., and Patent Platform** § | |
| **Services, LLC** § | **FILED UNDER SEAL** |
| §  | |
| Defendants. § | |

**DECLARATION OF MATTHEW G. BERKOWITZ IN SUPPORT OF**
**DEFENDANTS' MOTION FOR SANCTIONS UNDER FED. R. CIV. P. 11;**
**<u>19 U.S.C. § 1927; AND THE COURT'S INHERENT AUTHORITY</u>**

I, Matthew G. Berkowitz, declare as follows:

1. I am a partner at Reichman Jorgensen Lehman & Feldberg LLP. Reichman Jorgensen Lehman & Feldberg LLP is counsel of record for Plaintiff Valtrus Innovations, Ltd. ("Valtrus") in the above-captioned case.

2. I submit this declaration based upon my personal knowledge and my investigation of the facts below. If called as a witness, I could and would testify competently to the matters set forth herein.

3. Attached as Exhibit 1 is a true and correct copy of a Defendants Valtrus Innovations Limited and Patent Platform Services, LLC's Responses to Plaintiff SAP America, Inc.'s Jurisdictional Interrogatories dated May 16, 2024.

4. Attached as Exhibit 2 is a true and correct copy of Key Patent Innovation, Ltd.'s ("KPI") Form B10 – Change of Director or Secretary Details. This document indicates that Mr. Paul Seaman became a director of KPI on April 1, 2021 (notated in European format as 01/04/2021). This document is publicly available from the website by searching for Key Patent.

Such a search brings up both Exhibit 2 hereto, as well as Exhibit V (to D.I. 25), which was an exhibit to SAP's brief in opposition to Defendants' motion to dismiss in this matter.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on Nov. 13, 2024

Matthew G. Berkowitz