# Exhibit 1

# REDACTED

# Exhibit 2



# Form B10 - Change Director or Secretary Details

| | |
|---|---|
| Companies Act 2014<br>Notice of change of directors or secretaries or in their particulars<br>Section:149(8) | **Submission Reference Number**<br>SR221464 |

| **Company Details** | |
|---|---|
| **Company Number** | 669284 |
| **Company Name** | **KEY PATENT INNOVATIONS LIMITED** |
| **Section 137 Bond** | No |
| **Effective Date** | 01/04/2021 |

| **Appoint Director/Secretary Details** | |
|---|---|
| **Appointing Officer : 1** | |
| Relationship Type | Director |
| First Name | Paul |
| Last Name | Seaman |
| Other First Name | A. |
| Occupation | Company Director |
| Nationality | United States |
| Date of Birth | 28 Jun 1962 |
| Registered Address | 46 Southgate Drive<br>Annandale<br>United States<br>08801 |
| Is the Director an EEA Resident | No |

| **Other Directorship Details** | |
|---|---|
| **Other Director : 1** | |
| Director Name | Paul Seaman |
| Company Name | Saint Vincent College |
| Registered In | United States |

| **Verification Details** | |
|---|---|
| **Signature Method** | Signature Page Upload |
| **Signature Type** | Director (Company) |
| **Person Name** | PAUL SEAMAN |

| Presenter Details | |
|---|---|
| **Presenter Name** | Efiling User Acount(Arthur Cox) |
| **Presenter Address** | |
| **Presenter Email** | cro@arthurcox.com |
| **Presenter Telephone Number** | 019201000_____ |
| **Presenter Reference Number** | 285514 |

# Signature Page

**Submission Reference Number:** SR221464

## Form B10 - Change Director or Secretary Details



### Related Entity Details

Name (or Proposed Name): KEY PATENT INNOVATIONS LIMITED
Number (if applicable): 669284

Signature of the person(s) who is (are) certifying that the information provided is correct

PAUL SEAMAN
Director (Company)

23 April, 2021
Date

Please ensure that the consent page is signed, dated and attached to this signature page.

**Legal References:**
**Collective Citations**
Companies Act 2014
Section: 149(8)

# Consent Page

I hereby consent to act:                                KEY PATENT INNOVATIONS LIMITED

As Officer of the aforementioned company and I acknowledge that I have legal duties and obligations imposed by the Companies Acts.

*[signature]*

Paul Seaman
Director

23 April, 2021
Date