## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAP AMERICA, INC., <br><br> Plaintiff, <br><br> v. <br><br> VALTRUS INNOVATIONS LIMITED, KEY PATENT INNOVATIONS LIMITED, and PATENT PLATFORM SERVICES, LLC, <br><br> Defendants. | Civil Action No. 24-cv-756-GBW <br><br> **JURY TRIAL DEMANDED** |

**PLAINTIFF SAP AMERICA, INC.'S MOTION TO ENJOIN DEFENDANTS VALTRUS INNOVATIONS LIMITED AND KEY PATENT INNOVATIONS LIMITED FROM MAINTAINING A LATER-FILED CLAIM ON AN OVERLAPPING PATENT**

Plaintiff SAP America, Inc. ("SAP America") respectfully moves for entry of an order enjoining Defendants Valtrus Innovations Limited and Key Patent Innovations Limited from maintaining a later-filed claim on an overlapping patent (U.S. Patent No. 9,229,984) in the U.S. District Court for the Eastern District of Texas, Civ. No. 2:25-cv-00556-JRG.

The grounds for this motion are set forth in SAP America's Opening Brief, which is being filed contemporaneously herewith.

Dated: July 3, 2025

Respectfully submitted,

/s/ Monté T. Squire
Monté T. Squire (No. 4764)
**DUANE MORRIS LLP**
1201 N. Market Street, Suite 501
Wilmington, DE 19801
Telephone: (302) 657-4900
mtsquire@duanemorris.com

**OF COUNSEL:**

Aleksander J. Goranin (*pro hac vice*)
**DUANE MORRIS LLP**
30 South 17th Street
Philadelphia, PA 19103-4196
Telephone: (215) 979-1000
agoranin@duanemorris.com

Thomas M. Melsheimer (*pro hac vice*)
Michael A. Bittner (*pro hac vice*)
M. Brett Johnson (*pro hac vice*)
**WINSTON & STRAWN, LLP**
2121 N. Pearl Street, Suite 900
Dallas, TX 75201
Telephone: (214) 453-6500
tmelsheimer@winston.com
mbittner@winston.com
mbjohnson@winston.com

Kathi K. Vidal (*pro hac vice*)
**WINSTON & STRAWN, LLP**
1901 L. Street, N.W.
Washington, D.C. 20036-3506
Telephone: (202) 282-5000
kvidal@winston.com

*Counsel for SAP America, Inc.*