# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAP AMERICA, INC., <br><br> Plaintiff, <br><br> v. <br><br> VALTRUS INNOVATIONS LIMITED, KEY PATENT INNOVATIONS LIMITED, and PATENT PLATFORM SERVICES, LLC, <br><br> Defendants. | Civil Action No. 24-cv-756-GBW <br><br> **JURY TRIAL DEMANDED** |

## [PROPOSED] ORDER

Having considered Plaintiff SAP America, Inc.'s ("SAP America") motion to enjoin Defendants Valtrus Innovations Limited ("Valtrus") and Key Patent Innovations Limited ("KPI") from maintaining a later-filed claim on an overlapping patent (U.S. Patent No. 9,229,984) in the U.S. District Court for the Eastern District of Texas, Civ. No. 2:25-cv-00556-JRG, together with Defendants' opposition thereto, and all supporting briefing and papers,

IT IS HEREBY ORDERED, this _____ day of _____, 2025, that:

  1. The motion is GRANTED.

  2. Valtrus and KPI, together with all officers, agents, servants, employees, attorneys, and all other persons who are in active concert or participation with the foregoing, shall not undertake any further activity to pursue a patent claim under U.S. Patent No. 9,229,984 in the civil action styled *Valtrus Innovations Ltd. et al v. SAP Am. Inc. et al.*, Civ. No. 2:25-cv-00556-JRG, currently pending in the United States District Court for the Eastern District of Texas.

  3. This injunction is appropriate because the declaratory judgment action between Plaintiff SAP America and Defendants Valtrus and KPI in this District over U.S. Patent No.

2

9,229,984 is the first-filed action with respect to this dispute. Under the first-to-file rule, this Court exercises its discretion to maintain possession of this dispute. This Court further determines that no exception to the rule is applicable, nor is there sound reason to depart from the rule.

_____
UNITED STATES DISTRICT JUDGE