# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAP AMERICA, INC., <br><br> Plaintiff, <br><br> v. <br><br> VALTRUS INNOVATIONS LIMITED, KEY PATENT INNOVATIONS LIMITED, and PATENT PLATFORM SERVICES, LLC, <br><br> Defendants. | Civil Action No. 24-cv-756-GBW <br><br> **JURY TRIAL DEMANDED** |

## PLAINTIFF SAP AMERICA, INC.'S RULE 7.1.1 STATEMENT

Pursuant the D. Del. LR 7.1.1, counsel for Plaintiff SAP America, Inc. hereby states that a reasonable effort has been made to reach agreement with the counsel for Defendants Valtrus Innovations Limited and Key Patent Innovations Limited on the matters set forth in the foregoing motion but that no agreement was reached.

Dated: July 3, 2025

Respectfully submitted,

*/s/ Monté T. Squire*
Monté T. Squire (No. 4764)
**DUANE MORRIS LLP**
1201 N. Market Street, Suite 501
Wilmington, DE 19801
Telephone: (302) 657-4900
mtsquire@duanemorris.com

**OF COUNSEL:**

Aleksander J. Goranin (*pro hac vice*)
**DUANE MORRIS LLP**
30 South 17th Street
Philadelphia, PA 19103-4196
Telephone: (215) 979-1000
agoranin@duanemorris.com

Thomas M. Melsheimer (*pro hac vice*)
Michael A. Bittner (*pro hac vice*)
M. Brett Johnson (*pro hac vice*)
**WINSTON & STRAWN, LLP**
2121 N. Pearl Street, Suite 900
Dallas, TX 75201
Telephone: (214) 453-6500
tmelsheimer@winston.com
mbittner@winston.com
mbjohnson@winston.com

Kathi K. Vidal (*pro hac vice*)
**WINSTON & STRAWN, LLP**
1901 L. Street, N.W.
Washington, D.C. 20036-3506
Telephone: (202) 282-5000
kvidal@winston.com

*Counsel for SAP America, Inc.*

2