

| | | |
|---|---|---|
| NEW YORK | | HANOI |
| LONDON | | HO CHI MINH CITY |
| SINGAPORE | | SHANGHAI |
| PHILADELPHIA | *FIRM and AFFILIATE OFFICES* | ATLANTA |
| CHICAGO | | BALTIMORE |
| WASHINGTON, DC | | WILMINGTON |
| SAN FRANCISCO | MONTÉ T. SQUIRE | MIAMI |
| SILICON VALLEY | PARTNER | BOCA RATON |
| SAN DIEGO | DIRECT DIAL: +1 302 657 4918 | PITTSBURGH |
| LOS ANGELES | PERSONAL FAX: +1 302 397 2543 | NORTH JERSEY |
| BOSTON | *E-MAIL:* MTSquire@duanemorris.com | LAS VEGAS |
| HOUSTON | | SOUTH JERSEY |
| DALLAS | *www.duanemorris.com* | LAKE TAHOE |
| FORT WORTH | | MYANMAR |
| AUSTIN | | |
| | | ALLIANCES IN MEXICO |

September 24, 2025

<u>**VIA CM-ECF**</u>

The Honorable Gregory B. Williams
J. Caleb Boggs Federal Building
844 N. King Street
Unit 26, Room 6124
Wilmington, DE  19801-3555

    RE: *SAP America, Inc. v. Valtrus Innovations Ltd., et al.*,
       <u>C.A. No. 24-cv-00756-GBW</u>

Dear Judge Williams:

  I am Delaware counsel for Plaintiff SAP America, Inc. ("SAP"), and I write regarding the parties' dispute with regards to a proposed scheduling order.

  SAP respectfully requests the entry of an Order directing the parties to submit a proposed scheduling order in this action for the Court's consideration.

  Defendants respectfully submit that a scheduling order should not be submitted at this time, as the parties should not proceed with merits litigation while there are personal and subject matter jurisdiction issues outstanding, per D.I. 13.

  Counsel has met and conferred regarding SAP's request.

  Should Your Honor have any questions, counsel is available at the Court's convenience.

            Respectfully submitted,

            */s/ Monté T. Squire*

            Monté T. Squire (No. 4764)

cc:  All Counsel of Record (via CM-ECF)

DUANE MORRIS LLP

1201 NORTH MARKET STREET, SUITE 501    PHONE: +1 302 657 4900 FAX: +1 302 657 4901
WILMINGTON, DE  19801-1160